Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AKAIE D. WILLIAMS,<br><br>     Plaintiff,<br><br>  v.<br><br>COMMUNITY HEALTH CARE, a Washington nonprofit corporation; and COREY HATFIELD, PA-C and "JANE DOE" HATFIELD, husband and wife;<br><br>     Defendants. | No. C11-5050RJB<br><br>JOINT STIPULATION FOR ORDER OF DISMISSAL<br><br>**Noted on motion calendar:**<br>**January 21, 2011.** |

## **JOINT STIPULATION**

The parties hereby STIPULATE and JOINTLY AGREE to dismiss this case without prejudice and without costs or fees to either party.

//

//

//

//

//

//

//

STIPULATION FOR ORDER OF DISMISSAL – 1
(C10-5050 JRC)

**United States Attorney**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 21th day of January, 2011.

| | |
|---|---|
| JENNY A. DURKAN<br>United States Attorney | HESTER LAW GROUP, INC., P.S. |
| /s/ Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>Western District of Washington<br>U.S. Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>phone: (206) 553-7970<br>email: priscilla.chan@usdoj.gov | /s/ Brett A. Purtzer<br>BRETT A. PURTZER, WSBA No. 17283<br>Attorney for Plaintiff<br>1008 South Yakima Avenue, Suite 302<br>Tacoma, Washington 98405<br>Phone: 503-222-0200<br>Email: brett@hesterlawgroup.com |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 25th day of January, 2011.

Robert J Bryan
United States District Judge

STIPULATION FOR ORDER OF DISMISSAL  –  2
(C10-5050 JRC)

1
2  Presented by:
3
4  JENNY A. DURKAN
   United States Attorney
5
6   /s/ Priscilla T. Chan
   PRISCILLA T. CHAN, WSBA No. 28533
7  Assistant United States Attorney
   Western District of Washington
8  U.S. Attorney's Office
9  Western District of Washington
   700 Stewart Street, Suite 5220
10 phone: (206) 553-7970
11 email: priscilla.chan@usdoj.gov
12
13
14
   HESTER LAW GROUP, INC., P.S.
15
16
17    /s/ Brett A. Purtzer
   BRETT A. PURTZER, WSBA No. 17283
18 Attorney for Plaintiff
   1008 South Yakima Avenue, Suite 302
19 Tacoma, Washington 98405
20 Phone: 503-222-0200
   Email: brett@hesterlawgroup.com
21
22
23
24
25
26
27
28

STIPULATION FOR ORDER OF DISMISSAL – 3
(C10-5050 JRC)

**United States Attorney**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970